**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **HARTFORD CASUALTY** | : | **CIVIL ACTION** |
| **INSURANCE COMPANY** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **NEW HOPE HEALTHCARE, INC.** | : | **NO. 09-5056** |
| | : | |

## ORDER

**AND NOW**, this 16th day of March, 2011, upon consideration of the Plaintiff Hartford Casualty Insurance Company's Motion for Summary Judgment (Document No. 23), the defendant's response and the plaintiff's reply, it is **ORDERED** that the motion is **DENIED**.

It is **DECLARED** that Hartford Casualty Insurance Company is responsible to defend New Hope Healthcare, Inc. in the underlying state court action.

                                                    /s/ Timothy J. Savage
                                                    TIMOTHY J. SAVAGE, J.